# Order

Michigan Supreme Court
Lansing, Michigan

May 15, 2019

159547 & (22)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARCIE GRIFFIN,
      Defendant-Appellant.
_____/

SC: 159547
COA: 348172
Macomb CC: 2017-003421-FC

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 27, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 15, 2019



Clerk

a0514